# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>BLOCK, FREDERIC | 2. Court or Organization<br><br>U.S DISTRICT COURT | 3. Date of Report<br><br>07/17/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

| 7. Chambers or Office Address |
|---|
| 225 CADMAN PLAZA E.<br>EASTERN DISTRICT COURT OF NY<br>BROOKLYN NY 11201 |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. OFFICER | FREDERIC BLOCK P.C. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLOCK, FREDERIC | 07/17/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLOCK, FREDERIC | 07/17/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLOCK, FREDERIC | 07/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. ALLIANZGI NFJ | B | Dividend | K | T | | | | | |
| 2. BLACKROCK NY MUNI | B | Dividend | L | T | | | | | |
| 3. BLACKROCK MUNIYLD | B | Dividend | K | T | | | | | |
| 4. CALAMOS STRAT TOTAL RET | C | Dividend | L | T | | | | | |
| 5. EATON VANCE TAX DIV | D | Dividend | L | T | Sold<br>(part) | 09/16/19 | J | A | |
| 6. EATON VANCE TX-AD | C | Dividend | L | T | Sold<br>(part) | 09/16/19 | J | A | |
| 7. EATON VANCE ENH INC | C | Dividend | K | T | | | | | |
| 8. ISHARES US CONSUMER | A | Dividend | K | T | | | | | |
| 9. INVESCO VARIABLE | B | Dividend | K | T | | | | | |
| 10. INVESCO PREFFERED | B | Dividend | K | T | | | | | |
| 11. INVESCO S&P 500 LOW | B | Dividend | L | T | | | | | |
| 12. INVESCO QQQ TR | A | Dividend | J | T | Sold<br>(part) | 06/04/19 | K | D | |
| 13. INVESCO S&P 500 TOP | B | Dividend | L | T | | | | | |
| 14. NUVEEN NY QUALITY | B | Dividend | L | T | | | | | |
| 15. ML BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 16. IRA-F. BLOCK | | | | | | | | | |
| 17. ALLIANCE BERNSTEIN GLOBAL | C | Dividend | L | T | | | | | |

1 Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2 Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3 Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BLOCK, FREDERIC | 07/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ALLIANZGI NFJ | C | Dividend | K | T | | | | | |
| 19. BLACKROCK INTL GRWTH | A | Dividend | J | T | | | | | |
| 20. CALAMOS STRAT TOTAL | D | Dividend | L | T | | | | | |
| 21. COHEN AND STEERS QUALITY | C | Dividend | K | T | | | | | |
| 22. EATON VANCE TAX DIV INC | C | Dividend | L | T | | | | | |
| 23. EATON VANCE TX-AD | C | Dividend | L | T | | | | | |
| 24. EATON VANCE ENH INCOME | C | Dividend | L | T | | | | | |
| 25. FIRST TR SR FL | C | Dividend | K | T | | | | | |
| 26. GABELLI DIV & INC TRUST | C | Dividend | L | T | | | | | |
| 27. MORGAN STANLEY EMERGING | C | Dividend | K | T | | | | | |
| 28. BANK OF AMERICA NA RASP | A | Interest | K | T | | | | | |
| 29. IRA-F. BLOCK (2) | | | | | | | | | |
| 30. BANK OF AMERICA NA RASP | A | Interest | K | T | | | | | |
| 31. AIR PRODUCTS &CHEM | A | Dividend | | | Sold | 01/17/19 | J | A | |
| 32. AMGEN INC | A | Dividend | J | T | | | | | |
| 33. AMN ELEC POWER CO | A | Dividend | J | T | Buy (add'l) | 03/25/19 | J | | |
| 34. ASTRAZENECA PLC | A | Dividend | J | T | Sold (part) | 01/25/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLOCK, FREDERIC | 07/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. AT&T | A | Dividend | J | T | | | | | |
| 36. BB&T CORP | | None | | | Buy<br>(add'l) | 01/11/19 | J | | |
| 37. BB&T CORP | | None | | | Sold | 01/15/19 | J | A | |
| 38. BOEING CO | A | Dividend | J | T | Sold<br>(part) | 03/21/19 | J | A | |
| 39. BROADCOM LTD | A | Dividend | J | T | Buy<br>(add'l) | 03/21/19 | J | | |
| 40. CARNIVAL CORP | A | Dividend | J | T | | | | | |
| 41. CHEVRON CORP | A | Dividend | J | T | | | | | |
| 42. CHUBB LTD | A | Dividend | J | T | Buy<br>(add'l) | 01/23/19 | J | | |
| 43. CISCO SYSTEMS INC | A | Dividend | J | T | | | | | |
| 44. CITIGROUP | A | Dividend | J | T | Buy | 02/07/19 | J | | |
| 45. CME GROUP INC | A | Dividend | J | T | Sold<br>(part) | 03/20/19 | J | B | |
| 46. COMM SERVICES SELECT | A | Dividend | J | T | Buy<br>(add'l) | 03/22/19 | J | | |
| 47. CONSUMER DISCRETIONARY SPDR | A | Dividend | J | T | Buy<br>(add'l) | 03/22/19 | J | | |
| 48. COCA COLA COM | A | Dividend | J | T | Sold<br>(part) | 01/09/19 | J | A | |
| 49. CROWN CASTLE REIT INC | A | Dividend | J | T | Sold<br>(part) | 01/10/19 | J | A | |
| 50. DIGITAL REALTY TR INC | A | Dividend | J | T | Sold<br>(part) | 01/25/19 | J | A | |
| 51. DUKE ENERGY | A | Dividend | | | Sold | 10/24/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLOCK, FREDERIC | 07/17/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐　　NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.　EXELON CORP | A | Dividend | J | T | | | | | |
| 53.　EXXON MOBIL CORP | A | Dividend | J | T | Buy<br>(add'l) | 03/22/19 | J | | |
| 54.　FIRST TR EXCHANGE | | None | J | T | Buy<br>(add'l) | 03/22/19 | J | | |
| 55.　FIRST TR EXCHANGE | | None | | | Sold<br>(part) | 01/16/19 | J | A | |
| 56.　HEALTHCARE SELECT | A | Dividend | J | T | Buy<br>(add'l) | 03/22/19 | J | | |
| 57.　HEALTHCARE SELECT | | None | | | Sold<br>(part) | 01/16/19 | J | A | |
| 58.　INVESCO EMERGING | A | Dividend | J | T | Sold<br>(part) | 01/16/19 | J | A | |
| 59.　INVESCO PREFERRED | A | Dividend | J | T | | | | | |
| 60.　ISHARES TIPS BOND ETF | A | Dividend | J | T | Buy<br>(add'l) | 01/18/19 | J | | |
| 61.　ISHARES 3-7 YEAR | A | Dividend | J | T | Sold<br>(part) | 01/16/19 | J | A | |
| 62.　ISHARES MBS ETF | B | Dividend | K | T | Buy<br>(add'l) | 01/18/19 | J | | |
| 63.　ISHARES IBOXX HIGH YIELD | A | Dividend | J | T | | | | | |
| 64.　ISHARES IBOXX $ INVT | | None | | | Sold | 01/16/19 | K | A | |
| 65.　ISHARES INC CORE MSCI | A | Dividend | K | T | Buy<br>(add'l) | 01/18/19 | J | | |
| 66.　ISHARES NASDAQ BIOTECH | A | Dividend | J | T | Buy<br>(add'l) | 03/22/19 | J | | |
| 67.　ISHARES TR CORE MSCI | A | Dividend | K | T | Sold<br>(part) | 01/16/19 | J | A | |
| 68.　JOHNSON AND JOHNSON | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLOCK, FREDERIC | 07/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. JP MORGAN CHASE | A | Dividend | K | T | Buy (add'l) | 01/17/19 | J | | |
| 70. LOCKHEED MARTIN CORP | A | Dividend | J | T | Buy (add'l) | 02/11/19 | J | | |
| 71. MATERIALS SELECT SECTOR SPDR | A | Dividend | J | T | Buy (add'l) | 01/18/19 | J | | |
| 72. MATERIALS SELECT SECTOR SPDR | | None | | | Sold (part) | 03/20/19 | J | A | |
| 73. MCDONALDS CORP | A | Dividend | J | T | Sold (part) | 03/19/19 | J | A | |
| 74. MERCK AND CO | A | Dividend | J | T | | | | | |
| 75. MICROSOFT | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 76. PEPSICO | A | Dividend | J | T | Sold (part) | 01/09/19 | J | A | |
| 77. PFIZER INC | A | Dividend | J | T | | | | | |
| 78. REAL ESTATE SELECT | A | Dividend | J | T | Sold (part) | 03/20/19 | J | A | |
| 79. ROYAL BANK CANADA | A | Dividend | J | T | Buy | 02/01/19 | J | | |
| 80. ROYAL DUTCH SHELL | A | Dividend | J | T | Buy (add'l) | 02/14/19 | J | | |
| 81. SECTOR SPDR CONSMRS STPL | A | Dividend | J | T | Buy (add'l) | 01/18/19 | J | | |
| 82. SECTOR SPDR CONSMRS STPL | | None | | | Sold (part) | 03/20/19 | J | A | |
| 83. SECTOR SPDR ENERGY | A | Dividend | J | T | Buy (add'l) | 01/18/19 | J | | |
| 84. SECTOR SPDR INDUSTRIAL | A | Dividend | J | T | Sold (part) | 01/16/19 | J | A | |
| 85. SECTOR SPDR UTILITIES | A | Dividend | J | T | Buy (add'l) | 01/18/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLOCK, FREDERIC | 07/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. SIMON PROPERTY GROUP | A | Dividend | J | T | | | | | |
| 87. SPDR S&P INSURANCE | A | Dividend | J | T | | | | | |
| 88. SYSCO CORP | A | Dividend | | | Sold | 02/08/19 | J | A | |
| 89. TARGET CORP | A | Dividend | J | T | Buy (add'l) | 03/22/19 | J | | |
| 90. TORONTO DOMINION BANK | A | Dividend | J | T | | | | | |
| 91. UNITED TECHS CORP | A | Dividend | J | T | Buy (add'l) | 02/11/19 | J | | |
| 92. VANECK VECTORS JP | A | Dividend | J | T | | | | | |
| 93. VANGUARD FINANCIALS ETF | A | Dividend | J | T | Buy (add'l) | 01/18/19 | J | | |
| 94. VANGUARD INFORMATION | A | Dividend | J | T | Sold (part) | 01/16/19 | J | A | |
| 95. VANGUARD INTERMEDIATE | A | Dividend | J | T | Sold (part) | 01/16/19 | K | A | |
| 96. VANGUARD INTRMDIATE TERM | A | Dividend | K | T | Buy | 01/16/19 | K | | |
| 97. VANGUARD SHORT TERM | A | Dividend | K | T | Buy (add'l) | 01/18/19 | K | | |
| 98. VANGUARD SHORT TERM | | None | | | Sold (part) | 01/16/19 | K | A | |
| 99. VANGUARD TOTAL INTL | A | Dividend | J | T | Buy | 01/18/19 | J | | |
| 100. VERIZON COMMUNICATIONS | A | Dividend | J | T | | | | | |
| 101. WALMART INC | A | Dividend | J | T | Buy (add'l) | 01/23/19 | J | | |
| 102. WELLS FARGO CO | | None | | | Sold | 01/09/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLOCK, FREDERIC | 07/17/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  XTRACKERS USD HY | A | Dividend | J | T | Buy | 01/18/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| BLOCK, FREDERIC | 07/17/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **S/ FREDERIC BLOCK**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544